IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF OKLAHOMA

(1) AVY HAMIL, )
 )
          Plaintiff, )
 )
vs. ) Case No. 17-CV-599-TCK-FHM
 )
(2) STATE FARM MUTUAL AUTOMOBILE )
INSURANCE COMPANY, a Foreign For )
Profit Corporation, )
 )
          Defendant. )

### STIPULATION FOR ORDER OF DISMISSAL WITH PREJUDICE

**COME NOW** the Parties, by and through their attorneys of record, Donald E. Smolen, II and Laura L. Hamilton on behalf of the Plaintiff, and Defendant's counsel, John S. Gladd and J. Andrew Brown and would show the Court that this matter has been compromised and settled and, therefore, move the Court for an Order Of Dismissal With Prejudice.

Respectfully submitted,

/s/ Donald E. Smolen, II
Donald E. Smolen, II, OBA #19944
SMOLEN, SMOLEN & ROYTMAN
701 S. Cincinnati Avenue
Tulsa, OK 74119
Tele:  (918) 585-2667
Fax:   (918) 585-2669
*Attorney for Plaintiff*

/s/John S. Gladd
John S. Gladd, OBA #12307
ATKINSON, HASKINS, NELLIS,
  BRITTINGHAM, GLADD & FIASCO
525 South Main Street, Suite 1500
Tulsa, Oklahoma 74103-4524
Tele:  (918) 582-8877
Fax:   (918) 585-8096
*Attorney for Defendant State Farm*

S:\Files\416\314\Stip of Dismissal-cah.wpd